# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

130883

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CORTLAND C. KING,
      Defendant-Appellant.

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 130883
COA: 264725
Wayne CC: 01-010115-01

_____/

On order of the Court, the application for leave to appeal the March 23, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_____
Clerk

s0918